IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kathleen E. Topper, Executrix : 
of the Estate of Hayden Topper, : 
Deceased, and on her own : 
behalf as his Widow, : 
                 Appellant : 
                  : 
          v. : No. 2674 C.D. 2015
                  : 
Maple Creek Inn, Inc., : 
a Pennsylvania Corporation, : 
and the Borough of Turtle Creek : 

# **O R D E R**

NOW, February 17, 2017, having considered appellant's application for reargument and appellee Borough of Turtle Creek's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge